JS - 6

**FILED: 12/19/11**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Millie J. Schuyler*, | CASE NO. CV 11-7059-GHK (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *United States of America*, | |
| Defendant. | |

    Pursuant to the Court's December 19, 2011 Order, IT IS HEREBY ADJUDGED that Plaintiff Millie J. Schuyler's ("Plaintiff") claims against Defendant United States of America ("Defendant") are **DISMISSED**.  Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: December 19, 2011

_____
GEORGE H. KING
United States District Judge